**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| PATRICK C. WELCH, | : | CIVIL ACTION NO. |
| DeKalb Cty. ID # X0497515, | : | 1:17-CV-04622-AT-JCF |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFERY MANN, Dekalb County, | : | HABEAS CORPUS |
| Respondent. | : | 28 U.S.C. § 2254 |

**MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION**

On November 30, 2017, the Court ordered Petitioner to pay the $5.00 filing fee within 28 days and advised him that if he failed to do so, this action might be dismissed. (Doc. 3). On December 11, 2017, the copy of that order mailed to Petitioner at his address of record was returned as undeliverable. (Doc. 4). On January 4, 2018, the Court ordered Petitioner to show cause within 14 days why this action should not be dismissed because he had failed to obey a lawful order and to update his address of record. Petitioner has not responded to either order.

**IT IS THEREFORE RECOMMENDED** that this action be **DISMISSED without prejudice**. See LR 41.2.B., NDGa ("The failure of counsel for a party or of a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the

management of the case shall constitute grounds either for dismissal of the action without prejudice or for entry of a default judgment."); LR 41.3.A.(2), NDGa ("The court may, with or without notice to the parties, dismiss a civil case for want of prosecution if [a] plaintiff . . . shall, after notice, . . . fail or refuse to obey a lawful order of the court in the case[.]").

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**SO RECOMMENDED** this 26th day of January, 2018.

    /s/ *J. CLAY FULLER*
J. CLAY FULLER
United States Magistrate Judge