IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PATRICK C. WELCH, DeKalb Cty. ID :
#X0497515, :
 :
    Petitioner, :
 :
v. :
 :
JEFFERY MANN, DeKalb County, : CIVIL ACTION NO.
 : 1:17-CV-4622-AT-JCF
 :
    Respondent. :

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 6] that Petitioner's § 2254 petition for habeas corpus be dismissed without prejudice as a result of Petitioner's failure to comply with the Court's lawful orders requiring him to pay the $5.00 filing fee and to keep the Court informed of his current address.

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's Report and

Recommendation, Petitioner's action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 2nd day of March, 2018.

_____
**Amy Totenberg**
**United States District Judge**